| | |
|---|---|
| ANNA PEZHMAN,<br><br>　　　　　　*Plaintiff,*<br>vs.<br><br>AMERICAN ARBITRATION ASSOCIATION AND BLOOMINGDALE'S, INC.<br><br>　　　　　　*Defendants.* | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Action No. 25-cv-03946 |

**ENTRY OF APPEARANCE FOR**
**AAHREN RODRIGUEZ DEPALMA, ESQ.**

　　I, Aahren Rodriguez DePalma, Esq., of Macy's Law Department, hereby enter my appearance on behalf of Defendant, Bloomingdale, LLC, formerly known as Bloomingdale's Inc., in the above captioned matter.

　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　The Defendant,
　　　　　　　　　　　　　　Bloomingdale's, LLC,
　　　　　　　　　　　　　　(formerly known as Bloomingdale's, Inc.)
　　　　　　　　　　　　　　By its Attorneys,


Date:  June 9, 2025　　　　 /s/Aahren Rodriguez DePalma
　　　　　　　　　　　　　　Aahren Rodriguez DePalma, Esq. | Bar No. 4574182
　　　　　　　　　　　　　　Macy's Law Department
　　　　　　　　　　　　　　11477 Olde Cabin Road, Suite 400
　　　　　　　　　　　　　　St. Louis, Mo 63141

## CERTIFICATE OF SERVICE

      I, Attorney Aahren Rodriguez DePalma, Esq., of Macy's Law Department, for the Defendant, Bloomingdale's, LLC (formerly known as Bloomingdale's, Inc.), hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 9, 2025.

 Ms. Anna Pezhman *(Pro Se)*
235 E. 87th Street, Apt 12F
New York, New York, 10128

                                                 /s/Aahren Rodriguez DePalma, Esq.,
                                                 Aahren Rodriguez DePalma, Esq.