

STRIKOWSKY
DRACHMAN
& SHAPIRO PLLC

111 Broadway
Suite 1103
New York, NY 10006
(212) 970-7111
www.strikowsky.com

Theodore L. Hecht
Direct (646) 793-6518
Fax (212) 257-4066
Email: tlh@strikowsky.com

July 1, 2025

VIA ECF
Hon. Ronnie Abrams U.S.D.J.
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Anna Pezhman Esq. v. American Arbitration Association
and Bloomingdales, Inc.*
Docket No. 25-CV-3946 (RA)

Dear Judge Abrams:

I represent defendant American Arbitration Association ("AAA") in the above-styled case.  On June 4, 2025, on behalf of AAA, I filed via ECF a motion, pursuant to Rules 12(b)(1) and (6), to dismiss plaintiff Anna Pezhman's complaint. *See* ECF Docs. 8-9.

I have now learned that Ms. Pezhman, *pro se*, is not registered as a user of ECF.  I therefore spoke to Ms. Pezhman earlier today and am sending her, today, electronic copies of AAA's motion papers by email and serving hard copies by U.S.P.S. Express Mail.  I further confirmed to Ms. Pezhman that I consent, and hereby respectfully request, that new deadlines be set for opposition and reply papers.

Very truly yours,

Theodore L. Hecht
STRIKOWSKY DRACHMAN & SHAPIRO PLLC

TLH/dm

cc:    Anna Pezhman, Esq.
(via email and U.S.P.S. Express Mail)

Counsel for Defendant Bloomingdales, Inc.
(via ECF)