UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANNA PEZHMAN ESQ.,                          **ECF Case**

                        Plaintiff,           25-CV-3946 (RA)

    -against- 

                                                                      (Hon. Ronnie Abrams)

AMERICAN ARBITRATION ASSOCIATION; and
BLOOMINGDALES, INC.,

                        Defendants.

------------------------------------------------------------------X

## AMENDED CERTIFICATE OF SERVICE

       I hereby certify that on July 1, 2025, true and correct copies of the foregoing **Notice of Motion, Declaration of Theodore L. Hecht including Exhibits A - C and Memorandum of Law in Support of Motion to Dismiss Complaint** were served by United States Postal Service, Express Mail, Tracking No. 9470150899563000324751, and by email upon the following participant:

Anna Pezhman, Esq.
235 E. 87th Street - Apt. 12F
New York, NY 10128
(347) 833-9355
Email: pezhman88@aol.com
*Plaintiff – Pro Se*

                                                       _____
                                                       Denise Martinez