

111 Broadway
Suite 1103
New York, NY 10006
(212) 970-7111
www.strikowsky.com

Theodore L. Hecht
Direct (646) 793-6518
Fax (212) 257-4066
Email: tlh@strikowsky.com

July 1, 2025

VIA ECF
Hon. Ronnie Abrams U.S.D.J.
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *Anna Pezhman Esq. v. American Arbitration Association*
     *and Bloomingdales, Inc.*
     Docket No. 25-CV-3946 (RA)

Dear Judge Abrams:

  I represent defendant American Arbitration Association ("AAA") in the above-styled case. On June 4, 2025, on behalf of AAA, I filed via ECF a motion, pursuant to Rules 12(b)(1) and (6), to dismiss plaintiff Anna Pezhman's complaint. *See* ECF Docs. 8-9.

  I have now learned that Ms. Pezhman, *pro se*, is not registered as a user of ECF. I therefore spoke to Ms. Pezhman earlier today and am sending her, today, electronic copies of AAA's motion papers by email and serving hard copies by U.S.P.S. Express Mail. I further confirmed to Ms. Pezhman that I consent, and hereby respectfully request, that new deadlines be set for opposition and reply papers.

            Very truly yours,

            Theodore L. Hecht
TLH/dm          STRIKOWSKY DRACHMAN & SHAPIRO PLLC

cc: Anna Pezhman, Esq.
   (via email and U.S.P.S. Express Mail)

   Counsel for Defendant Bloomingdales, Inc.
   (via ECF)

Application granted. The Court will discuss revised deadlines for opposition and reply papers at the conference on July 11, 2025 at 12:30 p.m. Unless the parties request otherwise, the conference will take place telephonically. Call-in Number: (855) 244-8681; Meeting ID: 2305 542 4735. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

_____
Hon. Ronnie Abrams
July 7, 2025