UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANNA PEZHMAN ESQ.,

                Plaintiff,

     v.

AMERICAN ARBITRATION ASSOCIATION
AND BLOOMINGDALES, INC.,

                Defendants.

No. 25-CV-3946 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    As discussed at the July 11, 2025 conference, Plaintiff may file an amended complaint no later than August 15, 2025. Defendants shall answer or respond to the amended complaint no later than September 19, 2025. If either or both Defendants submit a renewed motion to dismiss—as they have advised the Court they intend to do—Plaintiff may submit opposition papers on or before October 20, 2025. Defendants' reply, if any, is due no later than October 31, 2025.

    Furthermore, Defendants have moved to stay discovery pending resolution of their motions to dismiss. Having considered the relevant factors in deciding whether to stay discovery pending a dispositive motion—the strength of the pending dispositive motions, the breadth of discovery sought, and the burden of responding to it, as well as prejudice to the party opposing the stay, *see Spencer Trask Software & Info. Servs., LLC v. RPost Int'l Ltd.*, 206 F.R.D. 367, 368 (S.D.N.Y. 2002)—the Court finds that a stay is appropriate.

    Plaintiff is advised that she may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. She may also ask the court for permission to file documents electronically. Forms and instructions for doing so—labeled "Consent to Electronic Service (for pro se cases)" and "Motion for Permission for Electronic Case Filing"—may be found by accessing the forms on the Court's website, nysd.uscourts.gov/forms.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:   July 14, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge

2