UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNA PEZHMAN ESQ., | |
| Plaintiff, | No. 25-CV-3946 (RA) |
| v. | ORDER |
| AMERICAN ARBITRATION ASSOCIATION AND BLOOMINGDALES, INC., | |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

At a conference on July 11, 2025, as well as in an order dated July 14, 2025, this Court advised Plaintiff, an attorney who is proceeding *pro se*, that she could file an amended complaint no later than August 15, 2025. To date, she has not filed her amended complaint with the Court. On September 19, 2025, however, Defendants the American Arbitration Association and Bloomingdale's advised the Court that Plaintiff had sent them her amended complaint by email and filed motions to dismiss it. Dkt. No. 33, 35. In its supporting materials, Defendant Bloomindale's also submitted a true and correct copy of the amended complaint. Dkt. No. 32, Ex. A.

Plaintiff is advised that she must submit all future filings to the Court so that they can be publicly filed on the docket. Failure to do so may result in dismissal of this action for failure to prosecute and/or comply with Court orders pursuant to Federal Rule of Civil Procedure 41(b).

The Court will nonetheless consider the amended complaint submitted by Bloomingdale's as the operative complaint—and place it on the docket—unless Plaintiff advises this Court otherwise by October 20, 2025. Consistent with the Court's order of July 14, 2025,

Plaintiff's opposition to Defendants' motions to dismiss the amended complaint is due on or before October 20, 2025. Dkt. No. 30.

Plaintiff is once again advised that she may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. She may also request permission to file documents electronically. Forms and instructions for doing so—labeled "Consent to Electronic Service (for pro se cases)" and "Motion for Permission for Electronic Case Filing"—may be found by accessing the forms on the Court's website at nysd.uscourts.gov/forms. Unless and until she receives approval to file documents electronically, Plaintiff must send all filings and communications with the Court to the Pro Se Intake Unit located at 500 Pearl Street, Room 200, New York, NY, 10007.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    September 22, 2025
          New York, New York

_____
Ronnie Abrams
United States District Judge