UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNA PEZHMAN,

Plaintiff,

v.

AMERICAN ARBITRATION ASSOCIATION and BLOOMINGDALE'S, INC.,

Defendants.

25-CV-3946 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the declarations filed by Plaintiff concerning her domicile, no later than July 17, 2026, Defendants shall advise the Court in a brief letter as to whether they agree that the Court may exercise subject-matter jurisdiction over this case in order to resolve the pending motions to dismiss or if they believe limited jurisdictional discovery is necessary to resolve the issue of Plaintiff's domicile.

SO ORDERED.

Dated: July 10, 2026
New York, New York

Ronnie Abrams
United States District Judge