UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNA PEZHMAN,

Plaintiff,

-against-

AMERICAN ARBITRATION ASSOCIATION AND BLOOMINGDALE'S, INC.,

Defendants.

25 CIVIL 3946 (RA)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated September 30, 2026, Defendants' motions to dismiss the Amended Complaint are GRANTED, and the Amended Complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**