UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anna Pezhman, Esq.
(List the full name(s) of the plaintiff(s)/petitioner(s).)

25 CV 03946 RA ( )

-against-

American Arbitration Assoc.
AND Bloomingdales, Inc.
(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

RECEIVED SDNY PRO SE OFFICE 2026 OCT 26 PM 3:

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 9/30/26 (date) but did not file a notice of appeal within the required time period because:

I had my six month cat scan and I am awaiting the results. If I Need surgery then I will not be able to appeal straight-away.
(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)
PLUS, this will give tme for Gerber to submit his papers.

Oct. 26, 2026
Dated:

Signature

Anna Pezhman,
Name (Last, First, MI)

5598 Whitehall ct. West Bloomfield, Mi 48323
Address City State Zip Code

347-833-9355
Telephone Number

Pezhman88@aol.com
E-mail Address (if available)

-------------------------------------------------X

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ANNA PEZHMAN, ESQ.,

Plaintiff,

Against—

AMERICAN ARBITRATION ASSOCIATION

AND BLOOMINGDALE'S.

Defendants.

-------------------------------------------------x

CERTIFICATE OF SERVICE

CIVIL ACTION 25 cv 039446

I, Anna Pezhman, under penalty of perjury, state that I am over the age of 18 and I caused a true and correct copy of the MOTION OF EXTENSION OF TIME TO FILE NOTICE OF APPEAL to be served upon Steve Gerber, Esq., attorney for Bloomingdale's and Bruce Strikowsky, Esq., attorney for AAA by causing the aforesaid document to be transmitted by email on October 26, 2026 with permission.

October 26, 2026

New York, New York

By Anna Pezman, Esq.

5598 Whitehall ct.

West Bloomfield, MI 48323

Pezhman88@aol.com

Application granted. Plaintiff filed the motion before the expiration of the 30-day period prescribed by Federal Rule of Appellate Procedure 4(a)(1)(A), and her representation that she is awaiting medical test results that may require surgery constitutes good cause. *See* Fed. R. App. P. 4(a)(5)(A). Plaintiff's time to file a notice of appeal is extended to November 27, 2026. Because Rule 4(a)(5)(C) does not permit any further extension beyond that period, no additional extensions will be granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 51.

SO ORDERED.

Hon. Ronnie Abrams
October 27, 2027